| | |
|---|---|
| 1 | Peter W. McGaw (Bar No. 104691) |
| | pmcgaw@archernorris.com |
| 2 | ARCHER NORRIS |
| | 2033 North Main Street, Suite 800 |
| 3 | Walnut Creek, CA  94596-3759 |
| | Telephone:    925.930.6600 |
| 4 | Facsimile:     925.930.6620 |
| 5 | Attorneys for Plaintiff |
| | TARA HILLS DRIVE LIMITED, a California |
| 6 | limited partnership |
| 7 | |
| 8 | John Cu (Bar No. 207402) |
| | jcu@hansonbridgett.com |
| | Sophia Belloli (Bar No. 238403) |
| 9 | sbelloli@hansonbridgett.com |
| | HANSON BRIDGETT LLP |
| 10 | 425 Market Street, 26th Floor |
| | San Francisco, CA 94105 |
| 11 | Telephone:    415.777.3200 |
| | Facsimile:    415.995-3564 |
| 12 | |
| 13 | Attorneys for Defendants |
| | IN SOO OH and CHAN IM OH |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TARA HILLS DRIVE LIMITED, a California limited partnership, | Case No.  C-11-06610 EDL |
| Plaintiff, | **JOINT REQUEST AND ORDER EXTENDING TIME TO SERVE COMPLAINT AND CROSS-CLAIM** |
| v. | Action Removed: December 22, 2011 |
| DARRYL L. PETKER; SHAUNA M. PETKER; MYONG-POX-HAN; CHANG-NAN HAN; PETER H. KIM; IN SOO OH; CHAN IM OH; and DOES 1 through 100, inclusive, | Trial Date:     Not Assigned |
| | Judge:           Honorable Elizabeth D. Laporte |
| Defendants. | |

Whereas, the parties have and continue to make diligent efforts to locate un-served defendants and cross-defendants Darryl L. Petker, Shauna M. Petker, Myong-Pox-Han, Chang-

1  Nan Han and Peter H. Kim, but have so far been unable to locate said defendants and cross-
2  defendants; and
3      Whereas, the court has scheduled a further Case Management Conference for June 19,
4  2012 to, among other things, review the status of service with the existing parties; and
5      Whereas, absent an order of the court, under Rule 4(m) of the Federal Rules of Civil
6  Procedure, the parties have 120 days from the filing of the complaint and cross-claim within
7  which to serve their respective complaint and cross-claim;
8      Now, therefore, the parties do hereby jointly request the court issue an order allowing
9  them until the next Case Management Conference on June 19, 2012 to accomplish service.

11  Dated: April 25, 2012      ARCHER NORRIS   by JCK

                                            */s/ Peter W. McGaw*

                                            Peter W. McGaw
                                            Attorneys for Plaintiff
                                            TARA HILLS DRIVE LIMITED, a California
                                            limited partnership

17  Dated: April 25, 2012      HANSON BRIDGETT

                                            */s/ Sophia Belloli*

                                            John Cu
                                            Sophia Belloli
                                            Attorneys for Defendants and Cross-Claimants
                                            IN SOO OH and CHAN IM OH

**ORDER**

For good cause appearing, the Court hereby grants the parties' request for additional time to serve their respective complaint and cross-claim. The parties shall have until June 19, 2012 to accomplish service.

~~This Order is without prejudice to the parties to request additional time, for good cause, to accomplish service.~~

Dated: April 30, 2012



IT IS SO ORDERED
Judge Elizabeth D. Laporte