1  Peter W. McGaw (Bar No. 104691)
   pmcgaw@archernorris.com
2  ARCHER NORRIS
   2033 North Main Street, Suite 800
3  Walnut Creek, CA  94596-3759
   Telephone:    925.930.6600
4  Facsimile:    925.930.6620

5  Attorneys for Plaintiff
   TARA HILLS DRIVE LIMITED, a California
6  limited partnership

7

   John Cu (Bar No. 207402)
8  jcu@hansonbridgett.com
   Sophia Belloli (Bar No. 238403)
9  sbelloli@hansonbridgett.com
   HANSON BRIDGETT LLP
10 425 Market Street, 26th Floor
   San Francisco, CA 94105
11 Telephone:    415.777.3200
   Facsimile:    415.995-3564
12
   Attorneys for Defendants
13 IN SOO OH and CHAN IM OH

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                       SAN FRANCISCO DIVISION
17

18
   | TARA HILLS DRIVE LIMITED, a | Case No.  C-11-06610 EDL |
19 | California limited partnership, | |
   | | **JOINT REQUEST AND ORDER** |
20 | Plaintiff, | **EXTENDING TIME TO SERVE** |
   | | **COMPLAINT AND CROSS-CLAIM** |
21 | v. | |
   | | Action Removed: December 22, 2011 |
22 | DARRYL L. PETKER; SHAUNA M. | Trial Date:    Not Assigned |
   | PETKER; MYONG-POX-HAN; CHANG- | Judge:    Honorable Elizabeth D. Laporte |
23 | NAN HAN; PETER H. KIM; IN SOO OH; | |
   | CHAN IM OH; and DOES 1 through 100, | |
24 | inclusive, | |
   | | |
25 | Defendants. | |

26

27      Whereas, the parties have and continue to make diligent efforts to locate un-served

28 defendants and cross-defendants Darryl L. Petker, Shauna M. Petker, Myong-Pox-Han, Chang-

M0287004/1336838-1

REQUEST AND ORDER EXTENDING TIME
TO ACCOMPLISH SERVICE
C-11-06610 EDL

1  Nan Han and Peter H. Kim, but have so far been unable to locate said defendants and cross-
2  defendants; and
3      Whereas, the court has scheduled a further Case Management Conference for June 19,
4  2012 to, among other things, review the status of service with the existing parties; and
5      Whereas, absent an order of the court, under Rule 4(m) of the Federal Rules of Civil
6  Procedure, the parties have 120 days from the filing of the complaint and cross-claim within
7  which to serve their respective complaint and cross-claim;
8      Now, therefore, the parties do hereby jointly request the court issue an order allowing
9  them until the next Case Management Conference on June 19, 2012 to accomplish service.

Dated: April 25, 2012

ARCHER NORRIS    by JCK

*Peter W. McGaw*

Peter W. McGaw
Attorneys for Plaintiff
TARA HILLS DRIVE LIMITED, a California
limited partnership

Dated: April 25, 2012

HANSON BRIDGETT

*Sophia Belloli*

John Cu
Sophia Belloli
Attorneys for Defendants and Cross-Claimants
IN SOO OH and CHAN IM OH

## ORDER

For good cause appearing, the Court hereby grants the parties' request for additional time to serve their respective complaint and cross-claim. The parties shall have until June 19, 2012 to accomplish service.

~~This Order is without prejudice to the parties to request additional time, for good cause, to accomplish service.~~

Dated: April 30, 2012



IT IS SO ORDERED
Judge Elizabeth D. Laporte