United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TARA HILLS DRIVE LIMITED,

    Plaintiff,

  v.

DARRYL L. PETKER, et al.

    Defendants.

No. 11-06610 EDL

**ORDER DENYING APPLICATION TO APPEAR TELEPHONICALLY**

On October 26, 2012, Plaintiff's counsel filed a request to appear telephonically at the initial case management conference set for October 30, 2012 at 10:00 a.m. Counsel is located locally in the Bay Area, and has provided no explanation as to why he cannot appear in person. Additionally, given the ongoing case management issues with this case, the Court finds that judicial efficiency would best be served by having counsel appear in person.

Dated: October 29, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge