| | |
|---|---|
| 1 | James A. Murphy - 062223 |
|   | John P. Girarde - 191518 |
| 2 | Erik P. Weiss - 241453 |
|   | MURPHY, PEARSON, BRADLEY & FEENEY |
| 3 | 88 Kearny Street, 10th Floor |
|   | San Francisco, CA  94108-5530 |
| 4 | Tel:  (415) 788-1900 |
|   | Fax:  (415) 393-8087 |
| 5 | |
|   | Attorneys for Defendants, Counterclaimants, |
| 6 | and Cross-Claimants IN SOO OH and CHAN IM OH |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TARA HILLS DRIVE LIMITED a California limited partnership, | Case No.: C 11-06610 EDL |
| Plaintiff, | NOTICE OF APPEARANCE, REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY, AND [PROPOSED] ORDER THEREON |
| v. | |
| DARRYL L. PETKER; SHAUNA M. PETKER; MYONG-POX-HAN; CHANG-NAN HAN; PETER H. KIM; IN SOO OH; CHAN IM OH; and DOES 1 through 100, inclusive, | |
| Defendants. | |

Murphy, Pearson, Bradley & Feeney, P.C. hereby files this Notice of Appearance as counsel for Defendants, Counterclaimants, and Cross-Claimants IN SOO OH and CHAN IM OH ("OHS") pursuant to L.R. 5-1(c)(2)(A).

Pursuant to L.R. 5-1(c)(2)(E) and 11-5, the OHS hereby request the substitution of the law firm Murphy, Pearson, Bradley & Feeney, P.C. as their attorneys of record in the above-captioned action, instead and in place of Hanson Bridgett LLP.

I consent to this substitution.

Dated:                     _____ 9-14-12
                           IN SOO OH

Dated:                     _____ 9/14/12
                           CHAN IM OH

- 1 -

NOTICE OF APPEARANCE, REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY, AND [PROPOSED] ORDER THEREON

| | |
|---|---|
| 1 | I consent to this substitution. |
| 2 | Dated: 11 Sept. 2012 |
| 3 | MURPHY, PEARSON, BRADLEY & FEENEY |
| 4 | |
| 5 | *(signature)* |
| | Erik P. Weiss |
| 6 | New Attorney for Defendants, Counterclaimants, |
| 7 | and Cross-Claimants IN SOO OH and CHAN IM OH |
| 8 | |
| 9 | I consent to this substitution. |
| 10 | Dated: 9/11/12 |
| 11 | HANSON BRIDGETT LLP |
| 12 | *(signature)* |
| | Sophia B. Belloli |
| 13 | Former Attorney for Defendants, Counterclaimants, |
| | and Cross-Claimants IN SOO OH and CHAN IM OH |

### ORDER

IN SOO OH's and CHAN IM OH's request to substitute Murphy, Pearson, Bradley & Feeney, P.C. as their attorneys of record instead and in place of Hanson Bridgett LLP is **GRANTED**.

**IT IS SO ORDERED.**

DATED: December 18, 2012

_____
Elizabeth D. Laporte
MAGISTRATE JUDGE

EPW.20476258.doc

- 2 -

NOTICE OF APPEARANCE, REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY, AND [PROPOSED] ORDER THEREON

CERTIFICATE OF SERVICE

I, Amy Garcia, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On September 14, 2012, I served the following document(s) on the parties in the within action:

**NOTICE OF APPEARANCE, REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY, AND [PROPOSED] ORDER THEREON**

| XX | **VIA E-MAIL/NEF**: Service was accomplished through the Notice of Electronic Filing ("NEF") for parties and counsel who are registered ECF users. |
|---|---|

Sophia Benson Strong Belloli  
Hanson Bridgett LLP  
425 Market St 26th FL  
San Francisco, CA 94105  

Attorney For

Peter W. McGaw  
Archer Norris  
2033 North Main Street  
Walnut Creek, CA 94596-3759  

Attorney For Plaintiff  
TARA HILLS DRIVE LIMITED, a California limited partnership

Suzanne Foley Sprague  
Gizzi & Reep, LLP  
940 Adams Street, Suite A  
Benicia, CA 94510

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on September 14, 2012.

By _____  
Amy Garcia

- 3 -

NOTICE OF APPEARANCE, REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY, AND [PROPOSED] ORDER THEREON