♳AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Tara Hills Drive Limited
      Plaintiff (s),
   v.
Darryl L. Petkor, et al.
      Defendant (s).

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: __C-11-06610 EDL__

Notice is hereby given that, subject to approval by the court, __Tara Hills Drive Limited__ substitutes
                                                                   (Party (s) Name)
__Daniel F. McLennon__                                      , State Bar No. __124810__ as counsel of record in
         (Name of New Attorney)

place of __Peter W. McGaw__
              (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name:           MCLENNON LAW CORPORATION
   Address:             550 California Street, Sacramento Tower, Suite 700 San Francisco, California 94104
   Telephone:           (415) 394-6688                    Facsimile  (415) 394-6687
   E-Mail (Optional):   dmclennon@mclennonlaw.com

I consent to the above substitution.
Date: _____
                                                           Jeffrey E McClung
                                                           General Manager
                                                           (Signature of Party (s))

I consent to being substituted.
Date: __April 4, 2013__
                                                           (Signature of Former Attorney (s))

I consent to the above substitution.
Date: __4/4/13__
                                                           (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __April 5, 2013__                                    Elizabeth D. Laporte
                                                           Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]