%AO 154 (10-03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

Tara Hills Drive Limited

Plaintiff (s),

V.

Darryl L. Petkor, et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER:   C-11-06610 EDL

Notice is hereby given that, subject to approval by the court,   Tara Hills Drive Limited   substitutes
(Party (s) Name)

Daniel F. McLennon   State Bar No.   124810   as counsel of record in
(Name of New Attorney)

place of   Peter W. McGaw
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:   MCLENNON LAW CORPORATION

Address:   550 California Street, Sacramento Tower, Suite 700 San Francisco, California 94104

Telephone:   (415) 394-6688        Facsimile   (415) 394-6687

E-Mail (Optional):   dmclennon@mclennonlaw.com

I consent to the above substitution

Date: _____

_Jeffrey E McClung_
_General Manager_
(Signature of Party (s))

I consent to being substituted.

Date:   April 4, 2013

_[signature]_
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:   4/4/13

_[signature]_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   April 5, 2013

_Elizabeth D. Laporte_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]