UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| TARA HILLS DRIVE LIMITED,<br><br>        Plaintiff,<br><br>    v.<br><br>DARRYL PETKER, et al.,<br><br>        Defendants.<br>_____/ | No. C 11-6610 EDL<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:        February 6, 2014<br>Mediator:  Daniel Sharp |

    IT IS HEREBY ORDERED that the request to excuse defendants In Soo Oh and Chan Im Oh's insurance carrier representative from appearing in person at the February 6, 2014, mediation before Daniel Sharp is GRANTED. The representative shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

January 29, 2014                              By: _____
Dated                                                              Maria-Elena James
                                                                     United States Magistrate Judge