UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

TARA HILLS DRIVE LIMITED,

    Plaintiff,

v.

DARRYL PETKER, et al.,

    Defendants.

No. C 11-6610 EDL

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    February 6, 2014
Mediator:    Daniel Sharp

    IT IS HEREBY ORDERED that the request to excuse plaintiff Tara Hills Drive Limited's insurance carrier representative from appearing in person at the February 6, 2014, mediation before Daniel Sharp is GRANTED. The representative shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

February 4, 2014    By:    _____
Dated                                       Maria-Elena James
                                                      United States Magistrate Judge