John P. Girarde – 191518
jgirarde@mpbf.com
Erik P. Weiss – 241453
eweiss@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY, P.C.
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel: (415) 788-1900
Fax: (415) 393-8087

Attorneys for Defendants/Counter-Claimants/Cross-Claimants
IN SOO OH and CHAN IM OH

Daniel F. McLennon - 124810
dfmclennon@smithcurrie.com
Marc L. Sherman - 120728
mlsherman@smithcurrie.com
SMITH, CURRIE & HANCOCK, LLP
275 Battery Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 394-6688
Fax: (415) 394-6687

Attorneys for Plaintiff and Counter Defendant
TARA HILLS DRIVE LIMITED, a California limited partnership

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TARA HILLS DRIVE LIMITED, a California limited partnership,<br><br>    Plaintiff,<br><br>v.<br><br>DARRYL L. PETKER; SHAUNA M. PETKER; MYONG-POX-HAN; CHAN NAN HAN; PETER H. KIM; IN SOO OH; CHAN IM OH; and DOES 1 through 100, inclusive,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No.: C-11-06610 EDL<br>MODIFIED<br>**STIPULATION AND ORDER RE STAY AND STATUS CONFERENCE**<br><br>Date:  February 19, 2019<br>Time:  10:00 a.m.<br>Court: Courtroom E, 15th Floor<br>Judge: Hon. Elizabeth D. Laporte |

## I. **STIPULATION**

Pursuant to Civil L.R. 7-12, Plaintiff and Counter-Defendant Tara Hills Drive Limited ("Tara

Hills"); Defendants, Counter-Claimants, Cross-Claimants, and Cross-Defendants In Soo Oh and Chan Im Oh (the "Ohs"); Defendant, Counter-Claimant, Cross-Claimant, and Cross-Defendant Darryl L. Petker; and Defendant and Cross-Defendant Shauna Anderson McCall (collectively the "Parties"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, by this Court's order this matter has been stayed until February 16, 2019, which stay was in deference to oversight of California Department of Toxic Substances Control ("DTSC") regarding PCE remediation at 1577 Tara Hills Drive, Pinole, CA ("Property") and to permit the parties to mediate this matter.

WHEREAS, a Status Conference is currently scheduled for February 19, 2019;

WHEREAS, the Parties mediated this matter on February 5, 2019 and came to a conditional settlement of it and it is anticipated that the matter will be finally resolved and dismissals will be entered within 45 to 60 days.

WHEREAS, the case was administratively closed March 31, 2015 and may be reopened and returned to the Court's active docket, as set forth in the Court's Order dated August 4, 2015;

WHEREAS, the parties' agree an additional stay and continuance of the Status Conference to April 2019 is warranted to permit the parties to finalize their conditional settlement and to permit dismissals to be filed assuming the settlement is finalized;

NOW THEREFORE, the parties respectfully request that the Court stay this action up to and including April 25, 2019 and agree, stipulate and request that the Status Conference set to be held on February 19, 2019 be continued to April 25, 2019 or a date soon thereafter to be set by the Court.

IT IS SO STIPULATED AND AGREED.

Dated: February 6, 2019       SMITH, CURRIE & HANCOCK, LLP

                              By ___*/s/ Marc L. Sherman*_____
                                 Marc L. Sherman
                                 Attorney for Plaintiff and Counter Defendant
                                 TARA HILLS DRIVE LIMITED, a California limited
                                 partnership

| | | |
|---|---|---|
| Dated: February 6, 2019 | | MURPHY, PEARSON, BRADLEY & FEENEY, P.C. |
| | | By   /s/ Erik P. Weiss
John P. Girarde
Erik P. Weiss
Attorneys for Defendants/Counter-Claimants/Cross-Claimants
IN SOO OH and CHAN IM OH |
| Dated: February 6, 2019 | | GIZZI & REEP, LLP |
| | | By   /s/ Mark Mitchell
Stephen Gizzi
Scott D. Reep
Mark Mitchell
Attorney for Defendant/Counter-Claimant/Cross-Claimant
DARRYL L. PETKER |
| Dated: February 6, 2019 | | |
| | | By   /s/Matthew T. Powers
Matthew T. Powers
Attorney for Defendant/Counter-Claimant/Cross-Claimant
SHAUNA ANDERSON MCCALL |

MODIFIED
[PROPOSED] ORDER

Pursuant to the stipulation of the parties, and good cause appearing therefor, the Court stays this action up to and including April 30 ~~25~~, 2019 and that the Status Conference set for February 19, 2019 shall be continued to April 30 ~~25~~, 2019 at 10:00 a.m. The parties shall have filed dismissals of this action or submit a joint status conference statement on or before April 18, 2019 advising the Court on all applicable issues including, the results of the mediation.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 7, 2019

_____
Honorable Elizabeth D. Laporte
Chief Magistrate Judge

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.